FILED
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 1 9 2018

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

**ARTHUR CARSON**                                          **PLAINTIFF**

**VS.**                      **CASE NO.** 4:18- CV-692 -BSM

**ROGER LACY, dba D & B JANITORIAL SERVICES;**        **DEFENDANTS**
**LAIDLAW & LACY, INC.; and**
**CORPORATION-SERVICE CO.**

This case assigned to District Judge _Miller_
and to Magistrate Judge _Ray_

## NOTICE OF REMOVAL

Subject to their express reservation of rights to assert all defenses available to them under

Rule 12 of the Federal and/or Arkansas Rules of Civil Procedure, Defendants Roger Lacy d/b/a

D & B Janitorial Services and Laidlaw & Lacy, Inc., give this Notice of Removal of an action

filed by Plaintiff Arthur Carson in the Circuit Court of Pulaski County, Arkansas, bearing Case

No. CV-18-5582. In support of this Notice of Removal, Defendants state the following:

1.      Plaintiff filed this lawsuit in the Circuit Court of Pulaski County, Arkansas, on or

about August 14, 2018 against Defendants. A copy of the Complaint and Summons is attached

herein collectively as **Exhibit 1**. The action is one of a civil nature in which Plaintiff purports to

bring claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000 *et seq.* (Title VII),

the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq.* (FCRA), and the Arkansas Civil

Rights Act of 1993, Ark. Code Ann. §§ 16–123–101 *et seq.* (ACRA).

2.      This Notice of Removal is filed within thirty (30) days after service on

Defendants, in accordance with 28 U.S.C. § 1446(b).

3.      Defendants remove this action on grounds of federal question jurisdiction

pursuant to 28 U.S.C. § 1331. Though it fails to state a claim upon which relief can be granted,

Plaintiff's Complaint purports to bring causes of action under federal law—Title VII and the

FCRA. Accordingly, this Court has original jurisdiction over Plaintiff's purported claims. *See* 28 U.S.C. § 1331.

4.      Plaintiff's only other potential claim arises under the ACRA. Plaintiff's ACRA claim appears to be identical to and predicated upon the same allegations that support his Title VII claims. Therefore, Plaintiff's state law claim arise outs of the same set of operative facts as Plaintiff's federal law claim, making the claims so related that they form part of the same case or controversy. Accordingly, this Court has supplemental jurisdiction over Plaintiff's claim that arises under Arkansas law. 28 U.S.C. § 1367(a).

5.      Pursuant to 28 U.S.C. § 1446(b), Separate Defendants have given written notice of the removal of this action to Plaintiff and have filed a copy of this notice with the Clerk of the Court for the Circuit Court of Pulaski County, Arkansas, attached hereto as **Exhibit 2**. Copies of all state court pleadings, process, and orders filed thus far are attached as exhibits to this Notice of Removal, pursuant to 28 U.S.C. § 1446(a).

6.      Separate Defendant First Advantage Company, erroneously sued as Corporation Service Co., consents to removal. **Exhibit 3**, FAC's Consent to Removal.

WHEREFORE, Defendants give notice of removal of the above-entitled cause from the state court to this Court.

Respectfully submitted,

Missy McJunkins Duke (#99167)
Abtin Mehdizadegan (#2013136)
CROSS, GUNTER WITHERSPOON & GALCHUS, P.C.
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
Phone:  501-371-9999 / Fax:  501-371-0035
E-mail:  mduke@cgwg.com / abtin@cgwg.com

2

237553

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2018, I served a copy of the foregoing document upon the following in the manner specified below:

**PLAINTIFF**
Arthur Carson
10434 W. 36th Street, Apt. 10-B
Little Rock, AR 72292
*Via Regular & Certified*
*U.S. Mail*

**ATTORNEY FOR FIRST ADVANTAGE CO.**
Jason Spak
FisherBroyles, LLP
P.O. Box 5262
Pittsburgh, PA 15206
Jason.Spak@fisherbroyles.com
*Via Email*

_____
Missy McJunkins Duke

3

237553

ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2018-Aug-14 16:29:20
60CV-18-5582
C06D17 : 8 Pages

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## CIVIL DIVISION

ARTHUR CARSON, PLAINTIFF

V.                                                    CASE NO._____

ROGER LACY, dba, D & B JANITORIAL SERVICES,
LAIDLAW & LACY, INC.,AND CORPORATION-
SERVICE CO., DEFENDANTS.

### COMPLAINT FOR EMPLOYMENT DISCRIMINATION

Comes Now the Plaintiff, Arthur Carson, proceeding Pro se, and Brings this action

Pursuant to the Arkansas Civil Rights Act of 1993, "Title 16, 16-123-107"; accord Title

VII of the Civil Rights Act of 1964, as amended by 42 U.S.C. 2000e; 42 U.S.C. 1981;

Also the Fair Credit Reporting Act, 15 U.S.C. 1681b(2)(A)(ii).

### PARTIES:

1). .ARTHUR CARSON, PLAINTIFF, 2000 Rice Street, Little Rock, Arkansas 72202;

2). Roger Lacy, Registered Agent for D & B Janitorial Services, & Laidlaw & Lacy, Inc.,

DEFENDANTS,-1 Lakewood, North Little Rock, AR 72219.

3). Corporation Service Co., dba, First Advantage Co., 300 Spring Blvd # 900, 300
Spring St. Little Rock, AR.

(1)



EXHIBIT
1

STATEMENT OF THE CLAIMS:

DEFENDANT'S DISCRIMINATORY HIRING POLICY

1). On July 3, 2018, Plaintiff, hereinafter "Carson", spoke with "Anita" the Representative

For Roger Lacy or D & B Janitorial Services, whom were Responsible for  hiring. Carson

Sought a job Cleaning Office Buildings, as a result filled out an Application, which asked

The question about past felony convictions, in which Carson answered "Yes". however,

Such felony convictions were more than thirty two years (Assault).

Carson has maintained a clear record and conduct, the "Box Question" at this stage

Were a prejudicial stigma, that truncated any "Fair Chance" consideration as a job candidate

For Carson. Where  Anita, as subterfuge, informed Carson as long as there was no conviction

For Theft, He would not be disqualified. This was disingenuous, since the slip of Paper

Anita later gave Carson with instructions for a little Rock Police Department Background check,

stated No Felony Convictions. This Report was done at Carson's expense. On July 5, 2018,

Carson returned the Little Rock Police Department's Report that showed NO Prior Record.

On July 5,2018, without Carson's consent or authorization, the Defendant's conducted

A second background check with a private Company, "First Advantage Co". this

Company provided inaccurate data i.e.,"Alias names as Arthur Ray". only until July 12,2018,

Did Carson discover this second background check, after receipt of an adverse letter.

Yet on July 5, 2018, Anita informed Carson there was only one Building He could work because

(2)

Of The admission of a prior felony, yet there were job openings at other Buildings..

2). On July 6, 2018, Carson called Anita, and asked for clarification as to why He could

Not work at any other Building that had job openings. Anita hung up the Phone within

34 seconds. The Phone conversation was conducted on Speaker and heard by others,

( Ms. Jewellean Moore).

## DISCRIMINATORY EFFECTS LIABILITY:

3). Defendant's total ban on Employing Prior felons or permitting a fair opportunity to

Work at "Other Buildings" sic], has a more harmful effect for Carson as an African-

American Male, who have automatically or categorically been excluded  from everything

Except Felony Convictions in the United States, where as many as 100 Million Adults in

The United States have a Criminal Record of some sort. The United States Prison Population

Of 2.2 Million Adults, (Bureau of Justice Statistics, survey of States Criminal History information-

Systems. 2012, Jan. 2014).  Since 2004,  an average of over 650,000 individuals have been

Released annually from Federal and State Prisons, (E. Ann Carson, Bureau of Justice

Statistics, U.S. Dept. of Justice, Prisoners in 2004, Sept. 2015, at 29, appendix tbls. 1 & 2).

 In Arkansas, the rate of Incarceration per 100,000 of the Population for "Whites- 478",

"African-Americans 1846;" "Hispanics-288", as per the (Sentencing Project, Uneven Justice-

State Rates of Incarceration by Race and Ethnicity, By M. Mauer & Ryan S. King, July

2007).

(3)

4). The Defendant, Corporation Services Company, conducted a second background invest-

igation without authorization or consent from Carson, the subject of the Report. This clandestine

Process was initiated, and filled with inaccurate data, e.g., associating "Arthur Ray " as an

Alias of Carson. There exist No  legitimate Court Records to corroborate this claim.

  On July 14, 2018, Carson emailed First Advantage lodging His complaint, and submitted a

Written complaint on July 20, 2018, to No avail.

  The Defendants, in concerted action with Defendant Laidlaw's Biased overzealous process

Had a disparate impact to Carson, and all African-American Males, which substantially

Affected His ability to obtain  "Fair Consideration" at Employment, are the proximate

Cause of Carson's injuries.


### DISPROPORTIONALITY:

5). There exist NO relationship between Carson's past 32 Year old Conviction used, and

The potential risk in cleaning empty office(s) Building after hours, that may pose a greater

Risk than any individual without such a record.  The Defendants practice, and policies,

Is contrary to proven Research, which lucidly establishes older criminal history over

Time the likelihood of a Person committing another crime approximate the risk of

Someone who never committed a crime.

  The Defendants failed to consider any mitigating factors of rehabilitation, and such policy

Has an unjustified Discriminatory adverse effect on African-American Males as Carson,

Seeking employment and whom are disproportionately Represented in the Criminal Justice

System, and rather than applying any objective or validated measures, Defendant has

Imported the "Racial and Ethnic disparities that exist in the Criminal justice system into the

Employment process, whether Defendants intended or not to Discriminate, have done so.

(Texas Dept. of Housing & Cmt. Affairs V. Inclusive Cmtys. Project, Inc., 135 S.Ct. 2507-

"2015", ).

   WHEREFORE, PREMISES CONSIDERED, PLAINTIFF PRAY, That Declaratory and

Injunctive Relief be Granted; Compensatory Damages of $50,000 from Each Defendants;

Punitive Damages and Jury Trial.

RESPECTFULLY SUBMITTED,      DATED THIS 25th DAY OF July 2018.

*Arthur Carson*

Arthur Carson


                         VERIFICATION:

 I, Arthur Carson, swear the foregoing statements of claims are true and correct to the

Best of My knowledge under the penalties of Perjury, pursuant to: Ark. Code, Title-

16, 16-2-206.

Executed this 25th day of July ,2018.

*Arthur Carson*

Arthur Carson
2000 Rice Street
Little Rock AR 72202
(501-2403437)

be considered for a position with our company, you  will need to get a background check from the local police

partment. The background check should cost you ar  $5.00. Per our company policy, we cannot hire

an\one who has drugs, theft or a felony on their backgr und.  If you live in Little Rock, go to the Little Rock Police

D partment at 700 W. Markham.  If you live in North L und.  If you live in Little Rock, go to the Little Rock Police

at 200 W. Pershing.  ttle Rock, go to the North Little Rock Police Department

You will also need another form of ID (like your Social S

ecurity Card or Birth Certificate).

Bring the background check and other form of ID with

you have any questions, contact Anita at (501) 376-285  or to our office Monday – Thursday between 1 – 4

5.



**City of Little Rock**

Police Department        700 West Markham
                         Little Rock, Arkansas  72201-1329

Date: _7-5-18_

Name: _Arthur Carson_

Date of Birth: _4-4-54_        Race: _BL_   Sex: _M_

Driver's License Number: _932930948_

This is to certify we have checked the Criminal/Traffic records files of the Little Rock Police Department and find you have the record(s) listed below:

**DATE**                **CHARGE**                **DISPOSITION**

On basis of information furnished
NO CRIMINAL RECORD
found in the Little Rock Police
Department Criminal Records Division

Note:   Copies of this document and/or alteration to any part will invalidate this record Search.

Criminal record searches include all felony charges.  Routine searches do not cover all misdemeanor charges before 1978.  This a local (City of Little Rock) Record Check **only** It does **not** include statewide Criminal/Traffic Records.

Record Search Made By:

_____
Records and Support Division/LRPD

X #2

LRPD Form 5600-93

First Advantage
P. O. Box 50467
Indianapolis, IN 46209-1002

CARSON, ARTHUR
2000 RICE ST
LITTLE ROCK, AR 72202

07/05/2018

Dear Consumer:

Please be advised that First Advantage Background Services Corp ("First Advantage") is reporting
public record information concerning you to:

LAIDLAW INC.
124 W CAPITOL AVE STE 1410
LITTLE ROCK, AR 72201-3736

The results of this search, a copy of which is enclosed, are confidential and will not be distributed to
any organization other than the one that originally requested it. The results are not an indication of
an acceptance or a rejection of your employment or service. A separate letter may be forthcoming
from the organization that requested your report to indicate acceptance or rejection.

If you have any questions, please call our consumer disclosure center at:
1-800-845-6004

Sincerely,

First Advantage

X # 3

ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2018-Aug-28 08:25:50
60CV-18-5582
C06D17 : 5 Pages

**IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS**
**HON. MACKIE M. PIERCE - 17TH DIVISION 6TH CIRCUIT**

ARTHUR CARSON V ROGER LACY ET AL

60CV-18-5582

RECEIVED
PCSO/JUDICIAL
2018 AUG 20  A 8: 22

**SUMMONS**

**THE STATE OF ARKANSAS TO DEFENDANT:**

CORPORATION SERVICE CO    1st Advantage Co
~~UNKNOWN~~                300 Spring Blvd Ste 900
~~UNKNOWN, UN 00000~~      LR, AR

A lawsuit has been filed against you. The relief demanded is stated in the
attached complaint.  Within 30 days after service of this summons on you (not
counting the day you received it) — or 60 days if you are incarcerated in any
jail, penitentiary, or other correctional facility in Arkansas — you must file
with the clerk of this court a written answer to the complaint or a motion under
Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's
attorney, whose name and address are:

If you fail to respond within the applicable time period, judgment by default may
be entered against you for the relief demanded in the complaint.

Additional notices:

CLERK OF COURT

Address of Clerk's Office

LARRY CRANE,  CIRCUIT CLERK          By: _Crystal Hill_____ ,DC
CIRCUIT COURT OF PULASKI COUNTY      Crystal S. Hill, Pulaski County
401 W MARKHAM                        Clerk - Central Rec
LITTLE ROCK, AR 72201

Date:  August 14, 2018

[SEAL]



No. **60CV-18-5582** **This summons is for** *CORPORATION SERVICE CO* **(name of Defendant).**

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____ [place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by _____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of abode at _____ [address] with _____ [name], a person at least 14 years of age who resides there, on _____ [date]; or

☒ I delivered the summons and complaint to *1ST ADVANTAGE Co.* [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of *Corporation Service Co* [name of defendant] on *8-24-18* [date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because: _____

_____

_____

My fee is $ _____.

**DOC HOLLADAY, SHERIFF**

BY _____
8-24-18

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____ SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____

By: _____
[Signature of server]

_____
[Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:
_____

_____

Return filed this _____day of_____, _____

                    LARRY CRANE,  CIRCUIT CLERK

                    By:_____D.C.
                       Crystal S. Hill, Pulaski County Clerk -
Central Rec

ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2018-Aug-14· 13:57:11
60CV-18-5582
C06D17 : 2 Pages

IN THE _____ COURT OF _____ COUNTY, ARKANSAS

IN RE PETITION OF _____
TO PROCEED IN FORMA PAUPERIS

CASE NO. _____

### ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS*

On this day comes on to be heard the petition of _____, that he/she

be permitted to prosecute the above action *In Forma Pauperis*. The Court being satisfied of the

truth of the facts alleged and good cause appearing thereto, IT IS HEREBY ORDERED:

   1.    That Plaintiff, _____, be authorized and permitted to proceed

in the above-captioned cause, *In Forma Pauperis*.

   2.    That the Clerk of the Court shall receive and file any necessary forms or pleadings

incident to petitioner's action without requiring the payment of fees or costs.

   3.    That the sheriffs of the counties of the State of Arkansas shall serve writs or

processes incident to petitioner's action without requiring the payment of fees or costs.

IT IS SO ORDERED.

_____
Judge

_____
Date



**Arkansas Judiciary**

**Case Title:**      ARTHUR CARSON V ROGER LACY ET AL

**Case Number:**     60CV-18-5582

**Type:**            ORDER PROCEED IN FORMA PAUPER

So Ordered

Honorable Mackie Pierce

Electronically signed by MMPIERCE on 2018-08-14 13:57:13     page 2 of 2



ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2018-Aug-30 08:25:13
60CV-18-5582
C06D17 : 5 Pages

**IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS**
**HON. MACKIE M. PIERCE - 17TH DIVISION 6TH CIRCUIT**

ARTHUR CARSON V ROGER LACY ET AL

RECEIVED
PCSO/JUDICIAL

60CV-18-5582

2018 AUG 20  A 8: 22

**SUMMONS**

**THE STATE OF ARKANSAS TO DEFENDANT:**

LAIDLAW & LACY INC – Roger ~~Day~~ Lacy
~~UNKNOWN~~          1 Lakewood NLR
~~UNKNOWN, UN 00000~~

FILED

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notices:

CLERK OF COURT

Address of Clerk's Office

LARRY CRANE,  CIRCUIT CLERK
CIRCUIT COURT OF PULASKI COUNTY
401 W MARKHAM
LITTLE ROCK, AR 72201

By: *Crystal Hill* ,DC
Crystal S. Hill, Pulaski County
Clerk - Central Rec

Date:  August 14, 2018

[SEAL]



No. **60CV-18-5582** **This summons is for** *LAIDLAW & LACY INC* **(name of Defendant).**

## PROOF OF SERVICE

☑ I personally delivered the summons and complaint to the individual at ____1 Lakewood Drive, NLR_____ [place] on __8-24-18__ _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by _____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of abode at _____[address] with _____[name], a person at least 14 years of age who resides there, on _____[date]; or

☐ I delivered the summons and complaint to _____[name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____[name of defendant] on _____[date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because:

_____

_____

My fee is $ ____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _8-24-18_ SHERIFF OF _Pulaski_ COUNTY, ARKANSAS

DOC HOLLADAY, SHERIFF

By: _____
[Signature of server]

BY _____

_Deputy Brandon 1754_
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____

By: _____
[Signature of server]

_____
[Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____

Return filed this _____ day of _____, _____

LARRY CRANE,  CIRCUIT CLERK

By: _____D.C.
Crystal S. Hill, Pulaski County Clerk -
Central Rec

ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2018-Aug-14 13:57:11
60CV-18-5582
C06D17 : 2 Pages

IN THE _____ COURT OF _____ COUNTY, ARKANSAS

IN RE PETITION OF _____
TO PROCEED IN FORMA PAUPERIS

CASE NO. _____

## ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS*

On this day comes on to be heard the petition of _____, that he/she

be permitted to prosecute the above action *In Forma Pauperis*. The Court being satisfied of the

truth of the facts alleged and good cause appearing thereto, IT IS HEREBY ORDERED:

1.      That Plaintiff, _____, be authorized and permitted to proceed

in the above-captioned cause, *In Forma Pauperis*.

2.      That the Clerk of the Court shall receive and file any necessary forms or pleadings

incident to petitioner's action without requiring the payment of fees or costs.

3.      That the sheriffs of the counties of the State of Arkansas shall serve writs or

processes incident to petitioner's action without requiring the payment of fees or costs.

IT IS SO ORDERED.

_____
Judge

_____
Date



Arkansas Judiciary

**Case Title:**      ARTHUR CARSON V ROGER LACY ET AL

**Case Number:**   60CV-18-5582

**Type:**           ORDER PROCEED IN FORMA PAUPER

So Ordered

Honorable Mackie Pierce

ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2018-Sep-19 11:13:21
60CV-18-5582
C06D17 : 2 Pages

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
### SEVENTEENTH DIVISION

**ARTHUR CARSON**                                                    **PLAINTIFF**

**VS.**                          **CASE NO. 60CV-18-5582**

**ROGER LACY, dba D & B JANITORIAL SERVICES;**          **DEFENDANTS**
**LAIDLAW & LACY, INC.; and**
**CORPORATION-SERVICE CO.**

### <u>NOTICE OF FILING NOTICE OF REMOVAL</u>

PLEASE TAKE NOTICE that Defendants D&B Janitorial Services, Inc., erroneously

sued as Roger Lacy d/b/a D & B Janitorial Services, and Laidlaw, Inc., erroneously sued as

Laidlaw & Lacy, Inc., have filed a Notice of Removal of this action pursuant to 28 U.S.C. § 1331

in the United States District Court for the Eastern District of Arkansas, Little Rock Division,

subject to their express reservation of rights to assert all defenses available to them under Rule

12 of the Federal and/or Arkansas Rules of Civil Procedure. Pursuant to 28 U.S.C. § 1446(d),

"the State Court shall proceed no further unless and until the case is remanded." A copy of the

Notice of Removal, to which the only remaining Defendant in this action has consented, is

attached and filed herewith.

Respectfully submitted,

*/s/ Abtin Mehdizadegan*
Missy McJunkins Duke (#99167)
Abtin Mehdizadegan (#2013136)
CROSS, GUNTER WITHERSPOON & GALCHUS, P.C.
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
Phone:  501-371-9999 / Fax:  501-371-0035
E-mail:  mduke@cgwg.com / abtin@cgwg.com

237554                                    1



## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2018, I served a copy of the foregoing document upon the following in the manner specified below:

| **PLAINTIFF** | **ATTORNEY FOR FIRST ADVANTAGE CO.** |
|---|---|
| Arthur Carson | Jason Spak |
| 10434 W. 36th Street, Apt. 10-B | FisherBroyles, LLP |
| Little Rock, AR 72204 | P.O. Box 5262 |
| *Via Regular and Certified* | Pittsburgh, PA 15206 |
| *U.S. Mail* | Jason.Spak@fisherbroyles.com |
| | *Via Email* |

*/s/ Abtin Mehdizadegan*
Abtin Mehdizadegan

2

237554

ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2018-Aug-14 16:29:20
60CV-18-5582
C06D17 : 8 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
CIVIL DIVISION

ARTHUR CARSON, PLAINTIFF

V.                                                    CASE NO._____

ROGER LACY, dba, D & B JANITORIAL SERVICES,
LAIDLAW & LACY, INC.,AND CORPORATION-
SERVICE CO., DEFENDANTS.

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

Comes Now the Plaintiff, Arthur Carson, proceeding Pro se, and Brings this action

Pursuant to the Arkansas Civil Rights Act of 1993, "Title 16, 16-123-107"; accord Title

VII of the Civil Rights Act of 1964, as amended by 42 U.S.C. 2000e; 42 U.S.C. 1981;

Also the Fair Credit Reporting Act, 15 U.S.C. 1681b(2)(A)(ii).

## PARTIES:

1). .ARTHUR CARSON, PLAINTIFF, 2000 Rice Street, Little Rock, Arkansas 72202;

2). Roger Lacy, Registered Agent for D & B Janitorial Services, & Laidlaw & Lacy, Inc.,

DEFENDANTS,-1 Lakewood, North Little Rock, AR 72219.

3). Corporation Service Co., dba, First Advantage Co., 300 Spring Blvd # 900, 300
Spring St. Little Rock, AR.

(1)



STATEMENT OF THE CLAIMS:

DEFENDANT'S DISCRIMINATORY HIRING POLICY

1). On July 3, 2018, Plaintiff, hereinafter "Carson", spoke with "Anita" the Representative

For Roger Lacy or D & B Janitorial Services, whom were Responsible for hiring. Carson

Sought a job Cleaning Office Buildings, as a result filled out an Application, which asked

The question about past felony convictions, in which Carson answered "Yes". however,

Such felony convictions were more than thirty two years (Assault).

Carson has maintained a clear record and conduct, the "Box Question" at this stage

Were a prejudicial stigma, that truncated any "Fair Chance" consideration as a job candidate

For Carson. Where Anita, as subterfuge, informed Carson as long as there was no conviction

For Theft, He would not be disqualified. This was disingenuous, since the slip of Paper

Anita later gave Carson with instructions for a little Rock Police Department Background check,

stated No Felony Convictions. This Report was done at Carson's expense. On July 5, 2018,

Carson returned the Little Rock Police Department's Report that showed NO Prior Record.

On July 5, 2018, without Carson's consent or authorization, the Defendant's conducted

A second background check with a private Company, "First Advantage Co". this

Company provided inaccurate data i.e.,"Alias names as Arthur Ray". only until July 12, 2018,

Did Carson discover this second background check, after receipt of an adverse letter.

Yet on July 5, 2018, Anita informed Carson there was only one Building He could work because

(2)

Of The admission of a prior felony, yet there were job openings at other Buildings..

2). On July 6, 2018, Carson called Anita, and asked for clarification as to why He could

Not work at any other Building that had job openings. Anita hung up the Phone within

34 seconds. The Phone conversation was conducted on Speaker and heard by others,

( Ms. Jewellean Moore).

## DISCRIMINATORY EFFECTS LIABILITY:

3). Defendant's total ban on Employing Prior felons or permitting a fair opportunity to

Work at "Other Buildings" sic], has a more harmful effect for Carson as an African-

American Male, who have automatically or categorically been excluded  from everything

Except Felony Convictions in the United States, where as many as 100 Million Adults in

The United States have a Criminal Record of some sort. The United States Prison Population

Of 2.2 Million Adults, (Bureau of Justice Statistics, survey of States Criminal History information-

Systems. 2012, Jan. 2014).  Since 2004,  an average of over 650,000 individuals have been

Released annually from Federal and State Prisons, (E. Ann Carson, Bureau of Justice

Statistics, U.S. Dept. of Justice, Prisoners in 2004, Sept. 2015, at 29, appendix tbls. 1 & 2).

 In Arkansas, the rate of Incarceration per 100,000 of the Population for "Whites- 478",

"African-Americans 1846;" "Hispanics-288", as per the (Sentencing Project, Uneven Justice-

State Rates of Incarceration by Race and Ethnicity, By M. Mauer & Ryan S. King, July

2007).

(3)

4). The Defendant, Corporation Services Company, conducted a second background invest-

igation without authorization or consent from Carson, the subject of the Report. This clandestine

Process was initiated, and filled with inaccurate data, e.g., associating "Arthur Ray " as an

Alias of Carson. There exist No  legitimate Court Records to corroborate this claim.

 On July 14, 2018, Carson emailed First Advantage lodging His complaint, and submitted a

Written complaint on July 20, 2018, to No avail.

 The Defendants, in concerted action with Defendant Laidlaw's Biased overzealous process

Had a disparate impact to Carson, and all African-American Males, which substantially

Affected His ability to obtain  "Fair Consideration" at Employment, are the proximate

Cause of Carson's injuries.


DISPROPORTIONALITY:

5). There exist NO relationship between Carson's past 32 Year old Conviction used, and

The potential risk in cleaning empty office(s) Building after hours, that may pose a greater

Risk than any individual without such a record.  The Defendants practice, and policies,

Is contrary to proven Research, which lucidly establishes older criminal history over

Time the likelihood of a Person committing another crime approximate the risk of

Someone who never committed a crime.

 The Defendants failed to consider any mitigating factors of rehabilitation, and such policy

Has an unjustified Discriminatory adverse effect on African-American Males as Carson,

(4)

Seeking employment and whom are disproportionately Represented in the Criminal Justice

System, and rather than applying any objective or validated measures, Defendant has

Imported the "Racial and Ethnic disparities that exist in the Criminal justice system into the

Employment process, whether Defendants intended or not to Discriminate, have done so.

(Texas Dept. of Housing & Cmt. Affairs V. Inclusive Cmtys. Project, Inc., 135 S.Ct. 2507-

"2015", ).

　　WHEREFORE, PREMISES CONSIDERED, PLAINTIFF PRAY, That Declaratory and

Injunctive Relief be Granted; Compensatory Damages of $50,000 from Each Defendants;

Punitive Damages and Jury Trial.

RESPECTFULLY SUBMITTED,　　　　DATED THIS *25th* DAY OF *July* 　　　 2018.

*Arthur Carson*

Arthur Carson


　　　　　　　　　　　　　　VERIFICATION:

　I, Arthur Carson, swear the foregoing statements of claims are true and correct to the

Best of My knowledge under the penalties of Perjury, pursuant to: Ark. Code, Title-

16, 16-2-206.

Executed this *25th* day of *July* 　　　 ,2018.

*Arthur Carson*

Arthur Carson
2000 Rice Street
Little Rock AR 72202
(501-2403437)

To ┌be considered for a position with our company, you will need to get a background check from the local police department. The background check should cost you around $5.00. Per our company policy, we cannot hire anyone who has drugs, theft or a felony on their background. If you live in North Little Rock, go to the Little Rock Police Department at 700 W. Markham. If you live in North Little Rock, go to the North Little Rock Police Department at 200 W. Pershing.

You will also need another form of ID (like your Social Security Card or Birth Certificate).

███████████████████████████████

you have any questions, contact Anita at (501) 376-285█ ████████████████████████████████ H

5.



**City of Little Rock**

Police Department          700 West Markham
                          Little Rock, Arkansas  72201–1329

Date: _7-5-18_

Name: _Arthur Carson_

Date of Birth: _4-4-54_          Race: _BL_  Sex: _M_

Driver's License Number: _932930948_

This is to certify we have checked the Criminal/Traffic records files of the Little Rock Police Department and find you have the record(s) listed below·

<u>DATE</u>                    <u>CHARGE</u>                    <u>DISPOSITION</u>

On basis of information furnished
NO CRIMINAL RECORD
found in the Little Rock Police
Department Criminal Records Division

Note:  Copies of this document  and/or alteration to any part will invalidate this record Search.

Criminal record searches include all felony charges.  Routine searches do not cover all misdemeanor charges before 1978.  This a local (City of Little Rock) Record Check <u>only</u> It does <u>not</u> include statewide Criminal/Traffic Records.·

Record Search Made By·

_____
Records and Support Division/LRPD

X #2

LRPD Form 5600-93

First Advantage
P. O. Box 50467
Indianapolis, IN 46209-1002


CARSON, ARTHUR
2000 RICE ST
LITTLE ROCK, AR 72202


07/05/2018

Dear Consumer:

Please be advised that First Advantage Background Services Corp ("First Advantage") is reporting public record information concerning you to:

LAIDLAW INC.
124 W CAPITOL AVE STE 1410
LITTLE ROCK, AR 72201-3736

The results of this search, a copy of which is enclosed, are confidential and will not be distributed to any organization other than the one that originally requested it. The results are not an indication of an acceptance or a rejection of your employment or service. A separate letter may be forthcoming from the organization that requested your report to indicate acceptance or rejection.

If you have any questions, please call our consumer disclosure center at:
1-800-845-6004




Sincerely,


First Advantage

X #3

8 2718 SERVED

ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2018-Aug-28  08:25:50
60CV-18-5582
C06D17 : 5 Pages

**IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS**
**HON. MACKIE M. PIERCE – 17TH DIVISION 6TH CIRCUIT**

ARTHUR CARSON V ROGER LACY ET AL

60CV-18-5582

**SUMMONS**

RECEIVED
PCSO/JUDICIAL

2018 AUG 20  A 8: 22

**THE STATE OF ARKANSAS TO DEFENDANT:**

CORPORATION SERVICE CO  1st Advantage Co
~~UNKNOWN~~                300 Spring Blvd Ste 900
~~UNKNOWN, UN 00000~~      LR. AR

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notices:

CLERK OF COURT

Address of Clerk's Office

LARRY CRANE,  CIRCUIT CLERK
CIRCUIT COURT OF PULASKI COUNTY
401 W MARKHAM
LITTLE ROCK, AR 72201

By: Crystal Hill              , DC
Crystal S. Hill, Pulaski County
Clerk  Central Rec

Date:  August 14, 2018

[SEAL]



No. __60CV-18-5582__ This summons is for __CORPORATION SERVICE CO__ *(name of Defendant)*.

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____ [place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by _____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of abode at _____ [address] with _____ [name], a person at least 14 years of age who resides there, on _____ [date]; or

☒ I delivered the summons and complaint to *1ST ADVANTAGE Co.* [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of *CORPORATION SERVICE Co* [name of defendant] on *8-24-18* [date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because: _____

_____

_____

My fee is $ _____.

**DOC HOLLADAY, SHERIFF**

BY _____

*8-24-18*

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____   SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____       By: _____
[Signature of server]

_____
[Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____

Return filed this _____day of_____, _____

LARRY CRANE,  CIRCUIT CLERK

By:_____D.C.
Crystal S. Hill, Pulaski County Clerk -
Central Rec

ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2018-Aug-14 13:57:11
60CV-18-5582
C06D17 : 2 Pages

IN THE _____ COURT OF _____ COUNTY, ARKANSAS

IN RE PETITION OF _____
TO PROCEED IN FORMA PAUPERIS

CASE NO. _____

## ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS*

On this day comes on to be heard the petition of _____, that he/she

be permitted to prosecute the above action *In Forma Pauperis*. The Court being satisfied of the

truth of the facts alleged and good cause appearing thereto, IT IS HEREBY ORDERED:

1.    That Plaintiff, _____, be authorized and permitted to proceed

in the above-captioned cause, *In Forma Pauperis*.

2.    That the Clerk of the Court shall receive and file any necessary forms or pleadings

incident to petitioner's action without requiring the payment of fees or costs.

3.    That the sheriffs of the counties of the State of Arkansas shall serve writs or

processes incident to petitioner's action without requiring the payment of fees or costs.

IT IS SO ORDERED.

_____
Judge

_____
Date



**Arkansas Judiciary**

**Case Title:**      ARTHUR CARSON V ROGER LACY ET AL

**Case Number:**   60CV-18-5582

**Type:**            ORDER PROCEED IN FORMA PAUPER

So Ordered

Honorable Mackie Pierce

Electronically signed by MMPIERCE on 2018-08-14 13:57:13    page 2 of 2



ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2018-Aug-30 08:25:13
60CV-18-5582
C06D17 : 5 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
HON. MACKIE M. PIERCE – 17TH DIVISION 6TH CIRCUIT

ARTHUR CARSON V ROGER LACY ET AL

RECEIVED
PCSO/JUDICIAL

2018 AUG 20 A 8:22

60CV-18-5582

**SUMMONS**

ENTERED

**THE STATE OF ARKANSAS TO DEFENDANT:**

LAIDLAW & LACY INC — Roger Roy Lacy
~~UNKNOWN~~                I Lakewood NLR
~~UNKNOWN, UN 00000~~

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notices:

CLERK OF COURT

Address of Clerk's Office

LARRY CRANE,  CIRCUIT CLERK
CIRCUIT COURT OF PULASKI COUNTY
401 W MARKHAM
LITTLE ROCK, AR 72201

By: _Crystal Hill_____, DC
Crystal S. Hill, Pulaski County
Clerk - Central Rec

Date:  August 14, 2018

[SEAL]



No. **60CV-18-5582** This summons is for **LAIDLAW & LACY INC (name of Defendant)**.

## PROOF OF SERVICE

☑ I personally delivered the summons and complaint to the individual at
_____ 1 Lakewood Drive, NLR _____ [place] on ___ 8-24-18 _____
[date]; or

☐ I left the summons and complaint in the proximity of the individual by
_____ after he/she refused to receive it when I offered it
to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual
place of abode at _____[address] with
_____[name], a person at least 14 years of age who resides
there, on _____[date]; or

☐ I delivered the summons and complaint to _____[name of
individual], an agent authorized by appointment or by law to receive service of
summons on behalf of _____[name of defendant] on
_____[date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit,
and I served the summons and complaint on the defendant by certified mail, return
receipt requested, restricted delivery, as shown by the attached signed return
receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit,
and I mailed a copy of the summons and complaint by first-class mail to the
defendant together with two copies of a notice and acknowledgment and received
the attached notice and acknowledgment form within twenty days after the date of
mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because:

_____

_____

My fee is $ ____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _8-24-18_ SHERIFF OF _Pulaski_ COUNTY, ARKANSAS

**DOC HOLLADAY, SHERIFF**

BY _[signature]_

By: _[signature]_ 1754
[Signature of server]

_Deputy Brandon 1754_
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____

By: _____
[Signature of server]

_____
[Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service: _____

_____

Return filed this _____day of_____, _____

LARRY CRANE,  CIRCUIT CLERK

By:_____D.C.
Crystal S. Hill, Pulaski County Clerk -
Central Rec

ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2018-Aug-14 13:57:11
60CV-18-5582
C06D17 : 2 Pages

IN THE _____ COURT OF _____ COUNTY, ARKANSAS

IN RE PETITION OF _____
TO PROCEED IN FORMA PAUPERIS

CASE NO. _____

## ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS*

On this day comes on to be heard the petition of _____, that he/she be permitted to prosecute the above action *In Forma Pauperis.* The Court being satisfied of the truth of the facts alleged and good cause appearing thereto, IT IS HEREBY ORDERED:

1.   That Plaintiff, _____, be authorized and permitted to proceed in the above-captioned cause, *In Forma Pauperis.*

2.   That the Clerk of the Court shall receive and file any necessary forms or pleadings incident to petitioner's action without requiring the payment of fees or costs.

3.   That the sheriffs of the counties of the State of Arkansas shall serve writs or processes incident to petitioner's action without requiring the payment of fees or costs.

IT IS SO ORDERED.

_____
Judge

_____
Date



**Arkansas Judiciary**

**Case Title:**     ARTHUR CARSON V ROGER LACY ET AL

**Case Number:**   60CV-18-5582

**Type:**          ORDER PROCEED IN FORMA PAUPER

So Ordered

Honorable Mackie Pierce

Electronically signed by MMPIERCE on 2018-08-14 13:57:13     page 2 of 2

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
SEVENTEENTH DIVISION

ARTHUR CARSON                                                    **PLAINTIFF**

VS.                                      **CASE NO. 60CV-18-5582**

ROGER LACY, dba D & B JANITORIAL SERVICES;                       **DEFENDANTS**
LAIDLAW & LACY, INC.; and
CORPORATION-SERVICE CO.

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendants D&B Janitorial Services, Inc., erroneously

sued as Roger Lacy d/b/a D & B Janitorial Services, and Laidlaw, Inc., erroneously sued as

Laidlaw & Lacy, Inc., have filed a Notice of Removal of this action pursuant to 28 U.S.C. § 1331

in the United States District Court for the Eastern District of Arkansas, Little Rock Division,

subject to their express reservation of rights to assert all defenses available to them under Rule

12 of the Federal and/or Arkansas Rules of Civil Procedure. Pursuant to 28 U.S.C. § 1446(d),

"the State Court shall proceed no further unless and until the case is remanded." A copy of the

Notice of Removal, to which the only remaining Defendant in this action has consented, is

attached and filed herewith.

Respectfully submitted,

*/s/ Abtin Mehdizadegan*
Missy McJunkins Duke (#99167)
Abtin Mehdizadegan (#2013136)
CROSS, GUNTER WITHERSPOON & GALCHUS, P.C.
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
Phone: 501-371-9999 / Fax: 501-371-0035
E-mail: mduke@cgwg.com / abtin@cgwg.com

1

237554

**EXHIBIT**

**2**

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2018, I served a copy of the foregoing document upon the following in the manner specified below:

**PLAINTIFF**
Arthur Carson
10434 W. 36th Street, Apt. 10-B
Little Rock, AR 72204
*Via Regular and Certified*
*U.S. Mail*

**ATTORNEY FOR FIRST ADVANTAGE CO.**
Jason Spak
FisherBroyles, LLP
P.O. Box 5262
Pittsburgh, PA 15206
Jason.Spak@fisherbroyles.com
*Via Email*

/s/ *Abtin Mehdizadegan*
Abtin Mehdizadegan

2

237554

# IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF ARKANSAS

**ARTHUR CARSON**                                                    **PLAINTIFF,**

**vs.**                                **CASE NO. _____**

**ROGER LACY, dba D & B JANITORIAL SERVICES; et al.**        **DEFENDANTS.**

### <u>CONSENT TO REMOVAL</u>

Defendant First Advantage Background Services Corporation ("First Advantage") – incorrectly identified in Plaintiff's Complaint as "Corporation Service Co., dba, First Advantage Co." – hereby consents to the removal of the above-captioned action from the Circuit Court of Pulaski County, Arkansas (where it was docketed at Case No. 60CV-18-5582) to the United States District Court, Eastern District of Arkansas.

Date:   September 19, 2018.

/s/ Jason A. Spak
Jason A. Spak[1]
FISHERBROYLES, LLP
P.O. Box 5262
Pittsburgh, PA 15206
T: 412-230-8555
E: jason.spak@fisherbroyles.com

*Counsel for First Advantage*

---

[1] I am outside counsel for First Advantage and have its consent and authorization to execute this document on its behalf. I am not currently admitted to practice in this Court. On September 10, 2018, I submitted an application for admission to practice in this Court, which I have been told is in process.

EXHIBIT
3

## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF ARKANSAS

**ARTHUR CARSON**                                                        **PLAINTIFF,**

**vs.**                                          **CASE NO.** _____

**ROGER LACY, dba D & B JANITORIAL SERVICES; et al.**          **DEFENDANTS.**

### CONSENT TO REMOVAL

Defendant First Advantage Background Services Corporation ("First Advantage") –

incorrectly identified in Plaintiff's Complaint as "Corporation Service Co., dba, First Advantage

Co." – hereby consents to the removal of the above-captioned action from the Circuit Court of

Pulaski County, Arkansas (where it was docketed at Case No. 60CV-18-5582) to the United

States District Court, Eastern District of Arkansas.

Date:   September 19, 2018.

/s/ Jason A. Spak
Jason A. Spak[1]
FISHERBROYLES, LLP
P.O. Box 5262
Pittsburgh, PA 15206
T: 412-230-8555
E: jason.spak@fisherbroyles.com

*Counsel for First Advantage*

---

[1] I am outside counsel for First Advantage and have its consent and authorization to execute this document on its behalf. I am not currently admitted to practice in this Court. On September 10, 2018, I submitted an application for admission to practice in this Court, which I have been told is in process.

EXHIBIT
3