ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2018-Aug-14 16:29:20
60CV-18-5582
C06D17 : 8 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
CIVIL DIVISION

ARTHUR CARSON, PLAINTIFF

V.                                    CASE NO._____

ROGER LACY, dba, D & B JANITORIAL SERVICES,
LAIDLAW & LACY, INC.,AND CORPORATION-
SERVICE CO., DEFENDANTS.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION

Comes Now the Plaintiff, Arthur Carson, proceeding Pro se, and Brings this action Pursuant to the Arkansas Civil Rights Act of 1993, "Title 16, 16-123-107"; accord Title VII of the Civil Rights Act of 1964, as amended by 42 U.S.C. 2000e; 42 U.S.C. 1981; Also the Fair Credit Reporting Act, 15 U.S.C. 1681b(2)(A)(ii).

PARTIES:

1). .ARTHUR CARSON, PLAINTIFF, 2000 Rice Street, Little Rock, Arkansas 72202;

2). Roger Lacy, Registered Agent for D & B Janitorial Services, & Laidlaw & Lacy, Inc.,

DEFENDANTS,-1 Lakewood, North Little Rock, AR 72219.

3). Corporation Service Co., dba, First Advantage Co., 300 Spring Blvd # 900, 300 Spring St. Little Rock, AR.

(1)



STATEMENT OF THE CLAIMS:

DEFENDANT'S DISCRIMINATORY HIRING POLICY

1). On July 3, 2018, Plaintiff, hereinafter "Carson", spoke with "Anita" the Representative For Roger Lacy or D & B Janitorial Services, whom were Responsible for hiring. Carson Sought a job Cleaning Office Buildings, as a result filled out an Application, which asked The question about past felony convictions, in which Carson answered "Yes". however, Such felony convictions were more than thirty two years (Assault).

Carson has maintained a clear record and conduct, the "Box Question" at this stage Were a prejudicial stigma, that truncated any "Fair Chance" consideration as a job candidate For Carson. Where Anita, as subterfuge, informed Carson as long as there was no conviction For Theft, He would not be disqualified. This was disingenuous, since the slip of Paper Anita later gave Carson with instructions for a little Rock Police Department Background check, stated No Felony Convictions. This Report was done at Carson's expense. On July 5, 2018, Carson returned the Little Rock Police Department's Report that showed NO Prior Record. On July 5,2018, without Carson's consent or authorization, the Defendant's conducted A second background check with a private Company, "First Advantage Co". this Company provided inaccurate data i.e.,"Alias names as Arthur Ray". only until July 12,2018, Did Carson discover this second background check, after receipt of an adverse letter. Yet on July 5, 2018, Anita informed Carson there was only one Building He could work because

Of The admission of a prior felony, yet there were job openings at other Buildings..

2). On July 6, 2018, Carson called Anita, and asked for clarification as to why He could Not work at any other Building that had job openings. Anita hung up the Phone within 34 seconds. The Phone conversation was conducted on Speaker and heard by others, ( Ms. Jewellean Moore).

## DISCRIMINATORY EFFECTS LIABILITY:

3). Defendant's total ban on Employing Prior felons or permitting a fair opportunity to Work at "Other Buildings" sic], has a more harmful effect for Carson as an African-American Male, who have automatically or categorically been excluded from everything Except Felony Convictions in the United States, where as many as 100 Million Adults in The United States have a Criminal Record of some sort. The United States Prison Population Of 2.2 Million Adults, (Bureau of Justice Statistics, survey of States Criminal History information-Systems. 2012, Jan. 2014). Since 2004, an average of over 650,000 individuals have been Released annually from Federal and State Prisons, (E. Ann Carson, Bureau of Justice Statistics, U.S. Dept. of Justice, Prisoners in 2004, Sept. 2015, at 29, appendix tbls. 1 & 2).

In Arkansas, the rate of Incarceration per 100,000 of the Population for "Whites- 478", "African-Americans 1846;" "Hispanics-288", as per the (Sentencing Project, Uneven Justice-State Rates of Incarceration by Race and Ethnicity, By M. Mauer & Ryan S. King, July 2007).

(3)

4). The Defendant, Corporation Services Company, conducted a second background investigation without authorization or consent from Carson, the subject of the Report. This clandestine Process was initiated, and filled with inaccurate data, e.g., associating "Arthur Ray " as an Alias of Carson. There exist No legitimate Court Records to corroborate this claim.

On July 14, 2018, Carson emailed First Advantage lodging His complaint, and submitted a Written complaint on July 20, 2018, to No avail.

The Defendants, in concerted action with Defendant Laidlaw's Biased overzealous process Had a disparate impact to Carson, and all African-American Males, which substantially Affected His ability to obtain "Fair Consideration" at Employment, are the proximate Cause of Carson's injuries.

## DISPROPORTIONALITY:

5). There exist NO relationship between Carson's past 32 Year old Conviction used, and The potential risk in cleaning empty office(s) Building after hours, that may pose a greater Risk than any individual without such a record. The Defendants practice, and policies, Is contrary to proven Research, which lucidly establishes older criminal history over Time the likelihood of a Person committing another crime approximate the risk of Someone who never committed a crime.

The Defendants failed to consider any mitigating factors of rehabilitation, and such policy Has an unjustified Discriminatory adverse effect on African-American Males as Carson,

(4)

Seeking employment and whom are disproportionately Represented in the Criminal Justice System, and rather than applying any objective or validated measures, Defendant has Imported the "Racial and Ethnic disparities that exist in the Criminal justice system into the Employment process, whether Defendants intended or not to Discriminate, have done so. (Texas Dept. of Housing & Cmt. Affairs V. Inclusive Cmtys. Project, Inc., 135 S.Ct. 2507-"2015", ).

WHEREFORE, PREMISES CONSIDERED, PLAINTIFF PRAY, That Declaratory and Injunctive Relief be Granted; Compensatory Damages of $50,000 from Each Defendants; Punitive Damages and Jury Trial.

RESPECTFULLY SUBMITTED,            DATED THIS 25th DAY OF July 2018.

_Arthur Carson_
Arthur Carson

VERIFICATION:

I, Arthur Carson, swear the foregoing statements of claims are true and correct to the Best of My knowledge under the penalties of Perjury, pursuant to: Ark. Code, Title-16, 16-2-206.

Executed this 25th day of July ,2018.

_Arthur Carson_
Arthur Carson
2000 Rice Street
Little Rock AR 72202
(501-2403437)