

## Search Incorporations, Cooperatives, Banks and Insurance Companies

Printer Friendly Version

For service of process contact the Secretary of State's office.

**Please click on the name for detailed information**

7 records found

| Name | City | State | Status |
|---|---|---|---|
| LAIDLAW ENVIRONMENTAL SERVICES (ARAGONITE), INC. | LITTLE ROCK | AR | Withdrawn |
| LAIDLAW ENVIRONMENTAL SERVICES (FS), INC. | LITTLE ROCK | AR | Revoked |
| LAIDLAW TRANSIT MANAGEMENT COMPANY, INC. | LITTLE ROCK | AR | Revoked |
| LAIDLAW WASTE SYSTEMS (SUNBELT) INC. (M) | LITTLE ROCK | AR | Merged |
| LAIDLAW WASTE SYSTEMS INC. (W) | X | AR | Withdrawn |
| LAIDLAW WASTE SYSTEMS, INC. | X | AR | Withdrawn |
| LAIDLAW, INC. | LITTLE ROCK | AR | Good Standing |

7 records found

Back to Search


EXHIBIT 2



Search Incorporations, Cooperatives, Banks and Insurance Companies

Printer Friendly Version

LLC Member information is now confidential per Act 865 of 2007

Use your browser's back button to return to the Search Results

Begin New Search

For service of process contact the Secretary of State's office.

| | |
|---|---|
| Corporation Name | LAIDLAW, INC. |
| Fictitious Names | |
| Filing # | 100030137 |
| Filing Type | For Profit Corporation |
| Filed under Act | Dom Bus Corp; 576 of 1965 |
| Status | Good Standing |
| Principal Address | |
| Reg. Agent | JIM LAIDLAW |
| Agent Address | 125 W. CAPITOL<br>SUITE 1410<br>LITTLE ROCK, AR 72201 |
| Date Filed | 03/29/1982 |
| Officers | SEE FILE, Incorporator/Organizer<br>JAMES LAIDLAW , President |
| Foreign Name | N/A |
| Foreign Address | |
| State of Origin | N/A |

Purchase a Certificate of Good Standing for this Entity

Pay Franchise Tax for this corporation