| START DATE: | BUILDING: | WAGE: $ | HOURLY SALARY |
|---|---|---|---|

↑ DO NOT WRITE ABOVE THIS LINE ↑

## APPLICATION FOR EMPLOYMENT

*This application will remain the property of the employer.*
*Cell phone use is not allowed during the application process.*

PERSONAL INFORMATION:

DATE: 7/03/2018     SS#: ~~[redacted]~~

NAME: CARSON        ARTHUR         WAYNE          ARE YOU AT LEAST 21 YEARS OLD: (YES) / NO
      LAST          FIRST          MIDDLE

ADDRESS: 2000 Rice St        Little Rock, AR. 72202
         STREET ADDRESS/APARTMENT NUMBER     CITY    STATE    ZIP

PHONE: (501) 508-10-90    ( ) ✓    ( )
       HOME               CELL     OTHER

HAVE YOU EVER BEEN CONVICTED OF A CRIME: (YES) / NO    IF YES, GIVE DETAILS: 30 YRS AGO/ assault

WERE YOU REFERRED BY ANYONE? YES / (NO)   IF YES, WHO? _____

DO YOU HAVE ANY FAMILY MEMBERS CURRENTLY EMPLOYED BY LAIDLAW OR D & B?   YES (NO)   IF YES, GIVE THEIR NAME AND RELATIONSHIP:

EMPLOYMENT DESIRED:

POSITION: JANITORIAL    WAGE DESIRED: _____    DATE YOU CAN START: 7/05/2018

HAVE YOU WORKED FOR A JANITORIAL COMPANY BEFORE: (YES) / NO    IF YES, WHICH ONE? Brown's Janitorial

HAVE YOU APPLIED TO THIS COMPANY BEFORE: YES / (NO)    IF YES, WHEN? _____

HAVE YOU WORKED FOR LAIDLAW OR D & B BEFORE: YES / (NO)    IF YES, WHEN? _____

FORMER EMPLOYERS (LIST YOUR LAST EMPLOYER FIRST)

| MONTH & YEAR: | NAME & PHONE NUMBER: | POSITION: | REASON FOR LEAVING: |
|---|---|---|---|
| FROM JAN-2005 TO June 2009 | Ranstad Co, ( ) | Shipping & Rec | Disability |
| FROM Sept. 2004 TO May 2000 | Atrium Glass Co, ( ) Brown's Janitorial | Warehouse | |
| FROM 2003 TO | ( ) | | |

EXHIBIT 3

## EDUCATION:

| | NAME & ADDRESS: | WHAT YEARS? | DID YOU GRADUATE? |
|---|---|---|---|
| HIGH SCHOOL | South Oak Cliff | | YES / (NO) |
| OTHER | Louisiana Dept of Ed. | 1972 | (YES) / NO |

## PERSONAL REFERENCES:

| NAME: | PHONE NUMBER: | BUSINESS: | YEARS KNOWN: |
|---|---|---|---|
| Jewellean Moore | (501) 240-2472 | None | 40 yrs |
| | ( ) | | |
| | ( ) | | |

## IN CASE OF EMERGENCY, NOTIFY:

| NAME: | RELATIONSHIP: | PHONE NUMBER: |
|---|---|---|
| Geraldine Moore | Domestic Partner | (972) 897-0182 |

"I CERTIFY THAT THE FACTS CONTAINED IN THIS APPLICATION ARE TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE, AND UNDERSTAND THAT IF EMPLOYED, FALSIFIED STATEMENTS ON THIS APPLICATION SHALL BE GROUNDS FOR DISMISSAL. I AUTHORIZE INVESTIGATION OF ALL STATEMENTS CONTAINED HEREIN, AND THE REFERENCES LISTED ABOVE TO GIVE YOU ANY, AND ALL INFORMATION CONCERNING MY PREVIOUS EMPLOYMENT, AND ANY PERTINENT INFORMATION THEY MAY HAVE, PERSONAL OR OTHERWISE, AND RELEASE ALL PARTIES FROM ALL LIABILITY FOR ANY DAMAGE THAT MAY RESULT FROM FURNISHING SAME TO YOU. I UNDERSTAND, AND AGREE, THAT IF HIRED, MY EMPLOYMENT IS FOR NO DEFINITE PERIOD, AND MAY, REGARDLESS OF THE DATE OF PAYMENT OF MY WAGES AND SALARY, BE TERMINATED AT ANY TIME WITHOUT PRIOR NOTICE. I ALSO UNDERSTAND I MAY BE SUBJECT TO RANDOM DRUG TESTING, AND IF I RECEIVE AN INJURY ON THE JOB THAT REQUIRES A MEDICAL VISIT, A DRUG TEST IS TO BE TAKEN WITHIN 24 HOURS OF THE DATE OF INJURY."

In connection with my application for employment or continued employment at Laidlaw, Inc. or D & B Janitorial Services, Inc. (the Company), I understand that a consumer report and/or an investigative consumer report will be ordered that may include information as to my character, general reputation, personal characteristics, mode of living, work habits, performance, and experience, along with reasons for termination of past employment. I understand that in compliance with applicable law and as directed by company policy and consistent with the job described, you may be requesting information from public and private sources about, but not limited to, my: workers' compensation injuries, driving record, court record, education, credentials, credit, and references. If company policy requires, I am willing to submit to drug testing to detect the use of illegal drugs prior to and during employment.

I hereby authorize, without reservation, any law enforcement agency, institution, information service bureau, school, employer, reference or insurance company contacted by Laidlaw, Inc. or D & B Janitorial Services, Inc. (the Company) or its agent, to furnish the information described

SIGNATURE: Arthur Carson   DATE: 7/3/2018

### ↓ DO NOT WRITE IN THIS BOX ↓

**VERIFICATION OF JOB REFERENCES / PREVIOUS EMPLOYMENT:**

| COMPANY: | SPOKE TO: | | |
|---|---|---|---|
| ARE THE DATES CORRECT: YES / NO | GOOD ATTENDANCE: YES / NO | GOOD WORK PERFORMANCE: YES / NO | |
| ELIGIBLE FOR REHIRE: YES / NO | COMMENTS: | | |
| COMPANY: | SPOKE TO: | | |
| ARE THE DATES CORRECT: YES / NO | GOOD ATTENDANCE: YES / NO | GOOD WORK PERFORMANCE: YES / NO | |
| ELIGIBLE FOR REHIRE: YES / NO | COMMENTS: | | |
| COMPANY: | SPOKE TO: | | |
| ARE THE DATES CORRECT: YES / NO | GOOD ATTENDANCE: YES / NO | GOOD WORK PERFORMANCE: YES / NO | |
| ELIGIBLE FOR REHIRE: YES / NO | COMMENTS: | | |