ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2018-Aug-08  10:01:56
60CV-18-5582
C06D17 : 2 Pages

IN THE _Circuit_ COURT OF _Pulaski_ COUNTY, ARKANSAS

IN RE PETITION OF _Arthur Carson_
TO PROCEED IN FORMA PAUPERIS

                                   CASE NO. _____

### PETITION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

COMES NOW the Plaintiff, _Arthur Carson_, *pro se*, who hereby petitions the court for Leave to Proceed *In Forma Pauperis* and does allege and state as follows:

1. That Plaintiff, a resident of the State of Arkansas, has prepared and desires to file with this Court a _Complaint for Employment Discrimination_.

2. That Plaintiff has completed an Affidavit in Support of Request to *Proceed In Forma Pauperis* setting out his/her income and assets. Plaintiff's Affidavit accompanies this petition.

3. That Plaintiff's income barely suffices to meet the costs of life's daily essentials and includes no allotment that could be budgeted to pay for court fees and costs incident to this proceeding.

4. That Plaintiff has no other income in addition to that described in his/her Affidavit and no means of paying such costs without being reduced to total impoverishment.

6. That Plaintiff believes that he/she is entitled to the relief requested in the accompanying _Complaint_ and that such action is not brought for a frivolous or malicious purpose.



EXHIBIT 4

WHEREFORE, Plaintiff prays that the court enter an order allowing the Plaintiff to prosecute this action *In Forma Pauperis* and that the Plaintiff may have the necessary writs and processes without payment of fees or costs for the same.

Respectfully submitted,

SIGNATURE: _Arth Carson_
ADDRESS: _2000 Rice St._
_Little Rock, AR 72202_
PHONE: _501-240-3437_

ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2018-Aug-08 10:01:56
60CV-18-5582
C06D17 : 3 Pages

IN THE _Circuit_ COURT OF _Pulaski_ COUNTY, ARKANSAS

IN RE PETITION OF _____
TO PROCEED IN FORMA PAUPERIS

CASE NO. _____

## AFFIDAVIT IN SUPPORT OF
## REQUEST TO PROCEED _IN FORMA PAUPERIS_

I, _Arthur Carson_, being first duly sworn, depose and say that I am the petitioner in the above-entitled case; that in support of my motion to proceed without being required to prepay fees, costs or to give security therefore, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore; that I believe I am entitled to redress.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?   YES/**NO**

    a. If the answer is "yes," state the amount of your salary or wagers per month, and give the name and address of your employer.

    b. If the answer is "no," state the date of last employment and the amount of the salary and wagers per month which you received. _2008 - $1600 month_

2. Have you received within the past twelve (12) months any money from any of the following sources:

    a. Business, profession, or any form of self-employment?   YES/**NO**

    b. Rent payments, interest, or dividends?   YES/**NO**

    c. Pensions, annuities, or life insurance payments?   YES/**NO**

    d. Gifts or inheritances?   **YES**/NO

e. Any other sources?  (YES)/NO

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve (12) months: SSI - $750 monthly

3. Do you have any money on hand, or do you have money in a checking, savings, or other bank account?   YES/(NO)

If the answer is "yes," state the total amount of money you have on hand and in each account:

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?   YES/(NO)

If the answer is "yes," describe the property and state its approximate value:

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

6. [TO BE COMPLETED ONLY IF PETITIONER IS INCARCERATED IN THE ARKANSAS DEPARTMENT OF CORRECTION OR ANY OTHER PENAL INSTITUTION]

Do you have any funds in the inmate welfare funds?   YES/NO

If the answer is "yes," state the total amount in the account and have the certificate, found below, completed by the authorized officer of the institution.

I understand that a false statement or answer to any questions in the affidavit will subject me to penalties for perjury.

_____
Signature of Petitioner

STATE OF ARKANSAS  )
                   ) SS
COUNTY OF Pulaski  )

The Petitioner, Arthur Carson, being first duly sworn under oath, presents that he/she has read and subscribed to the above and states that the information therein is true and correct.

SUBSCRIBED AND SWORN to before me this 3 day of August, 2018

_____
Notary Public

My commission expires: 04-16-2026

(SEAL)

LATINA R. SHEARD
NOTARY PUBLIC
#12347883
EXPIRES 04-16-2026
PULASKI COUNTY AR

## CERTIFICATE
(To be completed by authorized officer of the penal institution)

I hereby certify that the petitioner herein, _____, has the sum of $ _____ on account to his/her credit at the _____ institution where he/she is confined.

I further certify that petitioner likewise has the following securities to his/her credit according to the records of said institution:

_____
Authorized Officer of the Institution

ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2018-Aug-14 13:57:11
60CV-18-5582
C06D17 : 2 Pages

IN THE _____ COURT OF _____ COUNTY, ARKANSAS

IN RE PETITION OF _____
TO PROCEED IN FORMA PAUPERIS

CASE NO. _____

### ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS*

On this day comes on to be heard the petition of _____, that he/she be permitted to prosecute the above action *In Forma Pauperis*. The Court being satisfied of the truth of the facts alleged and good cause appearing thereto, IT IS HEREBY ORDERED:

1. That Plaintiff, _____, be authorized and permitted to proceed in the above-captioned cause, *In Forma Pauperis*.

2. That the Clerk of the Court shall receive and file any necessary forms or pleadings incident to petitioner's action without requiring the payment of fees or costs.

3. That the sheriffs of the counties of the State of Arkansas shall serve writs or processes incident to petitioner's action without requiring the payment of fees or costs.

IT IS SO ORDERED.

_____
Judge

_____
Date



Arkansas Judiciary

**Case Title:**   ARTHUR CARSON V ROGER LACY ET AL

**Case Number:**   60CV-18-5582

**Type:**   ORDER PROCEED IN FORMA PAUPER

So Ordered

*/s/ Mackie Pierce*

Honorable Mackie Pierce

Electronically signed by MMPIERCE on 2018-08-14 13:57:13   page 2 of 2