**ELECTRONICALLY FILED**
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2018-Aug-30 08:25:13
60CV-18-5582
C06D17 : 5 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
HON. MACKIE M. PIERCE - 17TH DIVISION 6TH CIRCUIT

ARTHUR CARSON V ROGER LACY ET AL

60CV-18-5582

RECEIVED
PCSO/JUDICIAL

2018 AUG 20 A 8: 22

## SUMMONS



**THE STATE OF ARKANSAS TO DEFENDANT:**

LAIDLAW & LACY INC — Roger ~~Doug~~ LACY
~~UNKNOWN~~   1 Lakewood NLR
~~UNKNOWN, UN 00000~~

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:


If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notices:


CLERK OF COURT

Address of Clerk's Office

LARRY CRANE, CIRCUIT CLERK
CIRCUIT COURT OF PULASKI COUNTY
401 W MARKHAM
LITTLE ROCK, AR 72201

By: _Crystal Hill_, DC
Crystal S. Hill, Pulaski County
Clerk - Central Rec

Date: August 14, 2018

[SEAL]




EXHIBIT 8

**No. 60CV-18-5582 This summons is for _LAIDLAW & LACY INC_ (name of Defendant).**

**PROOF OF SERVICE**

☒ I personally delivered the summons and complaint to the individual at _1 Lakewood Drive, NLR_ [place] on _8-24-18_ [date]; or

☐ I left the summons and complaint in the proximity of the individual by _____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of abode at _____ [address] with _____ [name], a person at least 14 years of age who resides there, on _____ [date]; or

☐ I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant] on _____ [date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because:

_____

_____

My fee is $ ____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: __8-24-18__ SHERIFF OF __Pulaski__ COUNTY, ARKANSAS

DOC HOLLADAY, SHERIFF

BY /s/ AM 1754

By: __AM / 1754__
[Signature of server]

__Deputy Brandon 1754__
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____

By: _____
[Signature of server]

_____
[Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:
_____
_____

Return filed this _____day of_____, _____

                        LARRY CRANE, CIRCUIT CLERK

                        By:_____D.C.
                        Crystal S. Hill, Pulaski County Clerk –
                        Central Rec