IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 04 2018

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

ARTHUR CARSON

V.                                  no. 4:18-CV-00692-bsm

ROGER LACY, ET AL.,

PLAINTIFF'S RESPONSE TO DEFENDANT'S RESPONSE
TO MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the Plaintiff, Arthur Carson, and would like to show this Court the following:

1). Plaintiff Filed His Claim in State Court, in which No exhaustion requirements exist. Had Defendants Counsel gave Plaintiff timely Notice of of their intent to Transfer this Matter, This Could have been Nipped in the Bud until exhaustion.

2). Currently this claim is pending the EEOC, as Inquiry NO 493-2018-01608.

3). There exist Legitimate claims of Discrimination, Counsel obviously seek to Silence. Nevertheless, State Courts are in a better position to decide 'Banning The Box" claims As a part of Plaintiff's claim. A Ruling on the Facts of Plaintiff's claims should be determine Before Counsel's side issue are considered.also,

4). Plaintiff should not be Penalized for Defendants taking advantage of the Mechanism that Allows a claim to be transferred to Federal Court, when the case were ripe in State Court..

WHEREFORE, PREMISES CONSIDERED, Plaintiff Pray Dismissal of Claims, or to

(1)

Hold this matter in abeyance, until EEOC makes a determination.

RESPECTFULLY SUBMITTED,

_____*Arthur Carson*_____. DATED THIS 4th day of October, 2018.
Arthur Carson
10434 W.36th St # 10B
Little Rock, AR 72204


## CERTIFICATE OF SERVICE

I, Arthur Carson, Certify that a copy of the foregoing are mailed to: Missy McJunkims Duke,

Attorney for Roger Lacy, and Jason Spak, Attorney for First Advantage this 4th day of

October, 2018, by United States Mail.

I swear the foregoing are true and correct.

_____*Arthur Carson*_____.
Arthur Carson

(2)

: