## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**ARTHUR CARSON**                                                              **PLAINTIFF**

**v.**                              **CASE NO. 4:18-CV-00692 BSM**

**ROGER LACY**
**d/b/a D & B JANITORIAL SERVICES,**
**LAIDLAW & LACY, INC.,**
**and FIRST ADVANTAGE**
**BACKGROUND SERVICES CORP.**                                    **DEFENDANTS**

### ORDER

Plaintiff Arthur Carson's motion to voluntarily dismiss [Doc. No. 10] is granted, and

the case is dismissed without prejudice.  *See* Fed. R. Civ. P. 41(a).

IT IS SO ORDERED this 11th day of October 2018.

_____
UNITED STATES DISTRICT JUDGE