IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ARTHUR CARSON**                                                                                              **PLAINTIFF**

v.                                    **CASE NO. 4:18-CV-00692 BSM**

**ROGER LACY**
**d/b/a D & B JANITORIAL SERVICES,**
**LAIDLAW & LACY, INC.,**
**and FIRST ADVANTAGE**
**BACKGROUND SERVICES CORP.**                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 11th day of October 2018.

_____
UNITED STATES DISTRICT JUDGE